FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Myers Division

2011 FEB 17 PM 3:51

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

|  |  |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG, <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE FELIX, <br><br> Defendant. | 2:11-cv-72-FtM-29DNF <br><br><br> CIVIL ACTION NO. _____ |

### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG in the above captioned action, states that there is nothing to report under Rule 7.1 in that there are no parents, subsidiaries and/or affiliate entities (corporate or otherwise) of Plaintiff that have issued stock or debt securities to the public and no publicly held entity (corporate or otherwise) owns 10% or more of Plaintiff's stock.

1

|  |  |
|---|---|
|  | Respectfully Submitted,<br>ACHTE/NEUNTE BOLL KINO<br>BETEILIGUNGS GMBH & CO KG,<br>By Its Attorney, |
| DATED: February 17, 2011 | Jeffrey W. Weaver<br>Florida Bar No. 178780<br>DUNLAP, GRUBB & WEAVER, PLLC<br>199 Liberty Street, SW<br>Leesburg, VA 20175<br>Telephone: 703-777-7319<br>Facsimile: 703-777-3656<br>jweaver@dglegal.com<br>*Counsel for the Plaintiff* |