# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

<u>In Re:</u> **Compliance with Local Rule 2.01(d)**

Case No.  2:11-cv-72-FtM-29DNF

## **<u>ORDER TO COMPLY</u>**

Pursuant to Fed.R.Civ.P.5(e), Local Rule 2.01(d) and the *Administrative Procedures for Electronic Filing in Civil and Criminal Cases*, electronic filing became **<u>mandatory</u>** effective <u>March 15, 2007.</u>

Upon  review of the case file, it has been determined that attorney Jeffrey W. Weaver, counsel for the Plaintiff, is not registered with the Court's CM/ECF filing system.

**IT IS THEREFORE ORDERED**, that the attorney listed is directed to sign up for CM/ECF, (<u>www.flmd.uscourts.gov</u>) under CM/ECF), register for a CM/ECF login and password and electronically file a notice of compliance within 14 days.  The attorney shall immediately send a copy of this Order to the client and promptly file a certification with the Court that it has been done.

**IT IS FURTHER ORDERED**, that failure to comply with this Order within 14 days as directed will result in counsel being terminated from the docket sheet without further notice.  If the reference attorney is an out of state attorney who needs to be admitted pro hac vice[1], a motion to appear *pro hac vice* and designation of local counsel (pursuant to Local Rule 2.02), the special

---

[1] Florida attorneys will not be granted pro hac vice status.  For out of state counsel, the special admission form may be found at www.flmd.uscourts.gov under Attorney Resources.

admission form and appropriate fee shall be submitted to the Court before CM/ECF access will be granted.

**DONE** and **ORDERED** at Fort Myers, Florida on February 24, 2011.

cc: Attorney Admissions Clerk

_____
JOHN E. STEELE
DISTRICT JUDGE

_____
CHARLENE EDWARDS HONEYWELL
DISTRICT JUDGE

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

_____
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE