UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Myers Division

_____
                                                              )
**ACHTE/NEUNTE BOLL KINO**                      )
**BETEILIGUNGS GMBH & CO KG,**           )
                                                              )
                             Plaintiff,              )
                                                              )
v.                                                          )   C.A.  **2:11-cv-00072-JES-DNF**
                                                              )
**MICHELLE FELIX,**                                 )
                                                              )
                             Defendant.           )
_____)


**CERTIFICATE OF COMPLIANCE WITH ORDER – LOCAL RULE 2.01(d)**

   Pursuant to the Court's February 24, 2011 Order to Comply and Rule 5(e) of the Federal Rules of Civil Procedure and Local Rule 2.01(d), this notice is to verify that Jeffrey W. Weaver, attorney for Plaintiff in the above captioned matter, has registered for a CM/ECF login and password in this Court.  A copy of the Court's February 24, 2011 Order has been sent to the client.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | s/ Jeffrey W. Weaver |
| DATED:  March 3, 2011 | Jeffrey W. Weaver |
|  | Florida Bar No. 178780 |
|  | Attorney for Plaintiff Achte/Neunte Boll Kino Beteiligungs Gmbh & Co Kg |
|  | DUNLAP, GRUBB & WEAVER, PLLC |
|  | 199 Liberty Street, SW |
|  | Leesburg, VA 20175 |
|  | Telephone: 703-777-7319 |
|  | Facsimile: 703-777-3656 |
|  | jweaver@dglegal.com |