**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Ft. Myers Division**

|  |  |  |
|---|---|---|
| _____ | ) | |
| **ACHTE/NEUNTE BOLL KINO** | ) | |
| **BETEILIGUNGS GMBH & CO KG,** | ) | |
|  | ) | |
| **Plaintiff,** | ) | |
|  | ) | |
| **v.** | ) | **C.A.  2:11-cv-00072-JES-DNF** |
|  | ) | |
| **MICHELLE FELIX,** | ) | |
|  | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [DOC. NO. 18]

Plaintiff hereby responds to the Court's Order to Show Cause directing the parties to show cause why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05(c)(2)(B).

Plaintiff's counsel has not received any correspondence or communications from Defendant's counsel.  Plaintiff's counsel will promptly contact Defendant's counsel to confer on case management and scheduling, and the parties will promptly thereafter file a Case Management Report.  Further, Plaintiff's counsel intends to retain local counsel in this district to assist in prosecuting this case but has not been able to retain local counsel at this time.

Therefore, Plaintiff respectfully requests that the Court not dismiss this case.

Respectfully Submitted,

s/ Jeffrey W. Weaver

DATED:  September 19, 2011

Jeffrey W. Weaver
Florida Bar No. 178780
Attorney for Plaintiff Achte/Neunte Boll
Kino Beteiligungs Gmbh & Co Kg
DUNLAP, GRUBB & WEAVER, PLLC
199 Liberty Street, SW
Leesburg, VA 20175
Telephone: 703-777-7319
Facsimile: 703-777-3656
jweaver@dglegal.com

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on September 19, 2011, I electronically filed the foregoing PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [DOC. NO. 18] with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Bradford A. Patrick, Esq.
LAW OFFICE OF BRADFORD A. PATRICK, PA
Florida Bar No.: 0529850
3001 North Rocky Point Drive East, Ste 200
Tampa, FL 33607
Telephone: (813) 384-8548
Facsimile: (813) 333-7321
bap@baplegal.com
*Attorney for Defendant*


                               s/ Jeffrey W. Weaver
                               Jeffrey W. Weaver
                               Florida Bar No. 178780
                               Attorney for Plaintiff,
                               Attorney for Plaintiff Achte/Neunte Boll
                               Kino Beteiligungs Gmbh & Co Kg
                               199 Liberty Street, SW
                               Leesburg, VA 20175
                               Telephone: 703-777-7319
                               Facsimile: 703-777-3656
                               jweaver@dglegal.com